THE CITY OF SEATTLE, *Respondent*, v. WILLIAM BERNARD
LEA, *Petitioner.*

Appeal from a judgment of the Superior Court for King

County, No. 87–1–04331–9, Norma Smith Huggins, J., entered April 4, 1988. *Reversed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Webster, J. Now published at 56 Wn. App. 859.